

# NUMBER 13-22-00051-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**In the Interest of T.D.G., a child**

---

**On appeal from the 347th District Court
of Nueces County, Texas.**

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam**

This cause is before the Court on appellant's brief requesting oral argument which contains a request "to have a formal motion [to] file the same." We construe that request as a motion for leave to file the brief.

Appellant's brief was originally due to be filed on or before June 9, 2022. On June 15, 2022, the Clerk of the Court sent appellant notice that the brief had not been filed and was past due. On June 29, 2022, we received appellant's brief, and the Clerk of the Court notified appellant that the brief was not in compliance with the Texas Rules of Appellate

Procedure. On July 13, 2022, we received appellant's amended brief, the document which is before us now. Upon review of appellant's amended brief, we find that it contains numerous formal and substantive defects, and that the case has not been properly presented. *See* TEX. R. APP. P. 38.9. In particular, the brief does not conform to rules 9.1(b), 9.4, and 38.1(a), (b), (c), (d), (f), (g), (h), (i), (j), (k) of Texas Rule of Appellate Procedure.

Accordingly, appellant's motion for leave to file the brief is denied, and, under the authority of Texas Rule of Appellate Procedure 38.9(a) and (b), we order appellant to file an amended brief which substantially conforms to the rules within thirty days from the date of this order. If appellant files an amended brief which is substantially in compliance, no motion for leave shall be required. To the extent the present motion requests oral argument, that request is denied.

Furthermore, appellant is hereby notified that if another brief does not comply, it may be stricken, and appellant may be prohibited from filing another brief. *See* TEX. R. APP. P. 38.9. In that circumstance, the Court may dismiss the appeal for want of prosecution and appellant's failure to comply with this Court's directive and the appellate rules*. See id.* 38.8(a)(1), 42.3(b),(c).

PER CURIAM

Delivered and filed on the
21st day of July, 2022.